IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-02063-WDM-CBS

PINNACLE REALTY MANAGEMENT CO.,

 Plaintiff,

v.

NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA,

 Defendant.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

 THIS MATTER IS before the court on Plaintiff's Motion to Amend Complaint (*doc. no. 23*).

 IT IS HEREBY ORDERED that the instant motion is **GRANTED**. As of the date of this order, the Clerk's office is instructed to accept for filing Plaintiff's First Amended Complaint for Breach of Insurance Contract, Declaratory Judgment and Equitable Relief (*doc no. 23-3*) tendered to the court on March 2, 2007.

**DATED:** April 10, 2007