IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-02063-WDM-CBS

PINNACLE REALTY MANAGEMENT CO.,

    Plaintiff,

v.

NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendant National Union Fire Insurance Company of Pittsburgh, PA's Withdrawal of its Unopposed Motion to Compel Production of Documents From Non-Parties Pursuant to FED.R.CIV.P. 45 Subpoenas (*doc. no. 59)* is **GRANTED**.

    IT IS FURTHER ORDERED that Defendant's Motion to Compel Production of Documents From Non-Parties Pursuant to FED.R.CIV.P. 45 Subpoenas (*doc. no. 56)* is **DENIED** as withdrawn.

    IT IS FURTHER ORDERED that Defendant is responsible for ensuring that non-parties Great American, Ohio Casualty, and Employers Insurance, receive a copy of this minute order.

**DATED:**    August 29, 2007