IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-02063-WDM-CBS

PINNACLE REALTY MANAGEMENT COMPANY,

     Plaintiff,

v.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,

     Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

     The following minute order is entered by Judge Walker D. Miller:

     The pending Rule 56 motions are now mooted, without prejudice to refile, pending filing of settlement papers.

Dated:  September 25, 2007

                             s/ Jane Trexler, Judicial Assistant